O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENA AMAYA, Guardian ad Litem for T.A., a minor, | ) Case No. CV 10-08927 DDP (VBKx) ) ) |
| Plaintiff, | ) **ORDER GRANTING DEFENDANTS' MOTION** |
| v. | ) **TO DISMISS** ) |
| COUNTY OF LOS ANGELES; CITY OF LOS ANGELES, LOS ANGELES UNIFIED SCHOOL DISTRICT; LOCKE HIGH SCHOOL; EDEN EDWARD, | ) ) ) [Docket Nos. 38, 30, 27, 20] ) ) |
| Defendants. | ) |

Presently before the court are Defendants Motions to Dismiss and Amended Motions to Dismiss. (Dkt. Nos. 38, 30, 27, 20). Because Plaintiff has not filed an opposition, the court GRANTS the motions.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file

it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

    The hearing on Defendants' motions was set for May 2, 2011. Plaintiff's opposition was therefore due by April 18, 2011. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.[1] Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motions to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: August 22, 2011

DEAN D. PREGERSON
United States District Judge

---

[1] On April 19, 2011, Plaintiff indicated by stipulation that she would voluntarily dismiss this action and re-file in state court. (Dkt. No. 35). As of the date of this order, Plaintiff has neither voluntarily dismissed the action nor opposed Defendants' motions.